IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-195-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL IAN-DAMON CHANCE, | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 14) to modify the order setting conditions of release (D.E. 8). The government does not oppose the motion. For good cause shown, IT IS ORDERED as follows:

1. Defendant's motion is GRANTED.

2. Defendant shall be permitted, with prior approval from his probation officer, to travel to Moore County for the purpose of visiting with his son and to Orange County for the purpose of obtaining medical treatment and prescriptions.

3. Except as modified herein, all provisions of the order setting conditions of release remain in full force and effect.

This, the 16th day of July, 2010.

James E. Gates
United States Magistrate Judge